RECEIVED
SEP - 3 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Do Not Care By laws
USE Kill ON Camera
AT F.B.I OF

**Complaint for a Civil Case**

$ Chemicals
1,000000000000 00

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Yule Hobson

Case No.
*(to be assigned by Clerk of District Court)*

000 00 00000 OC

Plaintiff requests trial by jury:

☐ Yes ☐ No

v.

Clerk office
try help kill me
314-589-2500 etc

All Stat True and Corr.
mr. Yule Hobson
USE everything power
(harm) me kill USE St
Louis mo F.B.I put
them Jail Now St
Louis mo F.B.I In

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

In here with mr. Yule Hobson Told lie

**CIVIL COMPLAINT**

Further Investigation Send him From)

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

Court try my life mr. Yule Hobson
on filed Care kill use at Court House

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yule Hobson |
| Street Address | 5861 Miner Ave |
| City and County | St, Louis MO, 63112 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ________________________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ______________________________, is a citizen of the State of *(name)* ______________________________ *Or* is a citizen of *(foreign nation)* ______________________________.

If the defendant is a corporation

The defendant, *(name)* ______________________________.
is incorporated under the laws of the State of *(name)* ______________________________, and has its principal place of business in the State of *(name)* ______________________________ *Or* is incorporated under the laws of the State of *(foreign nation)* ______________________________, and has its principal place of business in *(name)* ______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Copy know Date $ 1 00000
0000000000000000
0000000000000000 (1983
All Fed-Violator ON camera and
Video,

work Allways Self All kill

## III. Statement of Claim

CAR wht F.B.I. donot

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

give Name OFFice she STAT Yule

Your statement of claim must include all of the following information:

Keep let so kill you AT To

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Comm they (MuRder) 314-584750

FederAl Violation OFFice came to St. Louis mo Fw ? CAR STAT F.B.I. try kill ) Federal ARRest All you St. Louis mo F.B.I. Not Did any (ARRest) St. $300 00 00)0000000000000. Louis mo / F.B.I. Set try kill me use they phone listed How they kill my mother MS, EuLA HObson

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

COURT House ? Pic 911 call ? From let All kill so ? See How many DAte know WARRANT ARRest Son ?

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐ No ☐

Do you claim punitive monetary damages?

Yes ☐ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

MR, Yule Hobson mo) ron under
573-781-2896-314-589.2500 $1,000
00000000000000000000000000
000
every day

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

St, Louis mo. F.B.I FOR Them

I declare under penalty of perjury that the foregoing is true and correct.

ARRest
And New
Director
St. Louis mo.
Copy ARRest See Date

Signed this [illegible] day of [illegible], 20[illegible].

Signature of Plaintiff(s) [illegible]

City

How many did ARRest